AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____WESTERN_____ **DISTRICT OF** _____NEW YORK_____

UNITED STATES OF AMERICA
v.
YEONG C. LIN

## WAIVER OF INDICTMENT

CASE NUMBER: 07-CR-6083 CJS

I, __Yeong C. Lin__, the above named defendant, who is accused of

a violation of Title 18, United States Code, Section 371

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __Tuesday, June 12, 2007__ prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_____
YEONG C. LIN
Defendant

_____
JAMES P. HARRINGTON, ESQ.
Counsel for Defendant

Before _____
Hon. Charles J. Siragusa
United States District Judge